IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KATRINA HOLLY, KATRINA HOLLY as parent of ELIAS HOLLY, KATRINA HOLLY as parent of DYLAN HOLLY, JODIE NORDNESS as parent of MAKENZIE NORDNESS, and SIENNA LILLY as parent of MALACHI LILLY,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | CV 24-51-M-KLD<br><br>ORDER |

This matter comes before the Court on Defendant's Motion to Dismiss Count II of Plaintiffs' Complaint (Doc. 2) and Plaintiffs' Motion to Remand (Doc. 11). The court held oral argument on July 17, 2024. Accordingly,

IT IS ORDERED that Defendant's Motion to Dismiss (Doc. 2) is held in abeyance until the amended pleadings deadline of August 14, 2024.

//

//

//

1

IT IS FURTHER ORDERED that Plaintiffs' Motion to Remand (Doc. 11) is DENIED for the reasons stated in open court.

DATED this 18th day of July, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge